UNITED STATES DISTRICT COURT

Northern District of California

CYNTHIA ARNOLD

                Plaintiff(s),        No. C 09-04157 MEJ

   v.

ASTRAZENECA LP

                Defendant(s).

_____/

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On October 2, 2009, Plaintiff electronically filed a Motion to Remand. (Dkt. #12.) However, Plaintiff has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

     **IT IS SO ORDERED.**

Dated: October 5, 2009

                                           _____
                                           Maria-Elena James
                                           Chief United States Magistrate Judge