UNITED STATES DISTRICT COURT

Northern District of California

CYNTHIA ARNOLD

           Plaintiff(s),

  v.

ASTRAZENECA LP

           Defendant(s).
_____/

No. C 09-04157 MEJ

**SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On October 2, 2009, Plaintiff electronically filed a motion to remand. (Dkt. #12.) However, Plaintiff has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

The Court has previously advised Plaintiff of the failure to comply with General Order 45 and the Court's Standing Order in connection with earlier-filed documents. (*See* Dkt. #13.) Such reminders appear to have had little to no effect on compelling compliance therewith. Parties are expected to comply with court rules without repeated reminders. Accordingly, Plaintiff is hereby advised that the Court will impose sanctions, including (but not limited to) striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 16, 2009

                                          _____
                                          Maria-Elena James
                                          Chief United States Magistrate Judge